**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 355 MAL 2014
:
           Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v. :
:
:
:
DEMETRIUS FIORENTINO, :
:
          Petitioner :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 8th day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.